No. 03–9386. ESQUIVEL-ROMAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9387. CRUZ-BOLANOS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9388. CURTIS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 03–9389. ESQUIVAL-SALAZAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9392. HOWARD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–9394. MORGAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 03–9395. WILLIAMS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 03–9396. ZAMORA-QUINTANILLA v. UNITED STATES; TINAJERO-REYES, AKA TINAJERO REYES v. UNITED STATES; GARCIA-REYES v. UNITED STATES; GARCIA-CAMACHO v. UNITED STATES; WILLIAMS v. UNITED STATES; VILLARREAL v. UNITED STATES; and DE LA CRUZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.